BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STELLA L. CARTER,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>   Defendant. | CASE NO.  2:10-CV-01949-GGH<br><br>**STIPULATION AND ORDER**<br>**EXTENDING PLAINTIFF'S TIME TO**<br>**FILE MEMORANDUM IN SUPPORT**<br>**OF SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from February 11, 2011, to March 31, 2011.  This extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: February 11, 2011 | | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | | Attorney for Plaintiff |

Dated:February 11, 2011        Benjamin B. Wagner

United States Attorney

/s/ *Elizabeth Firer*
ELIZABETH FIRER

Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: February 16, 2011        /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE