1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STELLA L. CARTER** | CASE NO. 2:10-CV-01949-GGH |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from March 31, 2011, to April 29, 2011. This extension is required due to Plaintiff's counsel's impacted briefing schedule.

////

////

////

1

Dated: March 28, 2011     */s/Bess M. Brewer*
                          BESS M. BREWER
                          Attorney at Law

                          Attorney for Plaintiff


Dated: March 29, 2011     Benjamin B. Wagner

                          United States Attorney

                          */s/ Elizabeth Firer*
                          ELIZABETH FIRER


                          Special Assistant U.S. Attorney
                          Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: March 31, 2011     /s/ Gregory G. Hollows

                          GREGORY G. HOLLOWS
                          U.S. MAGISTRATE JUDGE