BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STELLA L. CARTER ) | CASE NO. 2:10-CV-01949-GGH |
| ) | |
| ) | |
| ) | |
| ) | STIPULATION AND ORDER |
| Plaintiff, ) | EXTENDING PLAINTIFF'S TIME TO |
| ) | FILE MEMORANDUM IN SUPPORT |
| v. ) | OF SUMMARY JUDGMENT |
| ) | |
| MICHAEL J. ASTRUE ) | |
| Commissioner of Social Security ) | |
| of the United States of America, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended to May 9, 2011.  This extension is required because Plaintiff's attorney has been operating at 50% for the last two weeks due to asthma and allergies and

1

as a result was not able to complete Ms. Carter's summary judgment motion in a timely manner.

Dated: May 2, 2011

                                    BESS M. BREWER
                                    Attorney at Law

                                    Attorney for Plaintiff


Dated: May 2, 2011                          Benjamin B. Wagner

                                    United States Attorney

                                  /s/ *Elizabeth Firer*
                                  ELIZABETH FIRER


                                  Special Assistant U.S. Attorney
                                  Attorneys for Defendant


                                    **ORDER**

APPROVED AND SO ORDERED.

DATED: May 4, 2011                      /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    U.S. MAGISTRATE JUDGE