1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8937
       Facsimile:  (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF CALIFORNIA
10
                   **SACRAMENTO DIVISION**
11

12 STELLA CARTER,                    )
                                     )   CIVIL NO. 2:10-cv-01949 GGH
13       Plaintiff,                  )
                                     )
14       v.                          )   STIPULATION AND ~~PROPOSED~~ ORDER
                                     )
15 MICHAEL J. ASTRUE,                )
   Commissioner of                   )
16 Social Security,                  )
                                     )
17       Defendant.                  )
   _____   )
18

19      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20 attached Order, that Defendant shall have a SECOND extension of 30 days to respond to Plaintiff's motion

21 for summary judgment. The current due date is July 11, 2011, the new due date will be August 10, 2011.

22      This extension is being sought because the undersigned counsel for the Commissioner has had and

23 still has a heavy appellate work load for the months of June and July. Between June 10, when Defendant's

24 first extension was filed and July 11, 2011, counsel has had to or still has to review 5 appellate briefs and

25 write one of her own. The review work is onerous, time sensitive, out of Counsel's direct control, and

26 cannot be extended without involving the work loads of three attorneys in the Commissioner's office and

27 another in the Department of Justice. At the time Counsel filed the first extension, she did not have all of

28 the information necessary to plan this workload. Further, one of the issues Plaintiff raises is more

complicated than it appeared at first glance and Counsel needs more time to fully explore whether this matter may be appropriate for voluntary remand. Given the combination of these issues, Counsel is unable to complete the Commissioner's brief by July 11, 2011 and respectfully requests an additional 30 days.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 8, 2011

/s/ *Bess M. Brewer*
(As authorized via email)
BESS M. BREWER
Attorney for Plaintiff

Dated: July 8, 2011

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

No further extensions will be approved.

DATED: July 12, 2011

 /s/ Gregory G. Hollows
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE