```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    ELIZABETH FIRER
 4  Special Assistant United States Attorney

 5      333 Market Street, Suite 1500
        San Francisco, California 94105
 6      Telephone: (415) 977-8937
        Facsimile: (415) 744-0134
 7      E-Mail: Elizabeth.Firer@ssa.gov

 8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| STELLA CARTER,          ) | CIVIL NO. 2:10-cv-01949 GGH (TEMP) |
|    Plaintiff,    ) | |
|     v.      ) | STIPULATION AND PROPOSED ORDER |
| MICHAEL J. ASTRUE,      ) | |
| Commissioner of         ) | |
| Social Security,        ) | |
|    Defendant.    ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a THIRD extension of 16 days to respond to Plaintiff's motion for summary judgment. The current due date is August 10, 2011, the new due date will be August 26, 2011.

This extension is being sought because between the time this Court granted the Commissioner's previous extension and August 10, 2011, the undersigned counsel for the Commissioner had to draft two Ninth Circuit briefs, which had already been extended, conduct an office-wide appellate briefing training – the timing of which had been moved without much notice, and review four other appellate briefs for her colleagues – work that requires takes up to 30 hours to complete and cannot be easily extended or shifted to other attorneys. Additionally, Counsel had unexpected difficulties attempting to remand another case with the Appeals Council and that work could not be moved. Given these circumstances, Counsel was not able

to complete the Commissioner's response by the current due date and respectfully requests an additional 16 days.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 10, 2011       /s/ *Bess M. Brewer*
(As authorized via email)
BESS M. BREWER
Attorney for Plaintiff

Dated: August 10, 2011       BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

The undersigned previously ordered that no further extensions would be approved. Evidently, that part of the order was not viewed seriously, as such things like in-office training took precedence over the order. The undersigned will approve this request for extension, but will not approve, or consider further requests. Failure to file a timely response will result in the striking of the answer. The opposition/cross-motion shall be filed by August 26, 2011.

DATED: August 17, 2011

　　　　　/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE