BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| STELLA CARTER,<br><br>    Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:10-cv-01949 GGH (TEMP)<br><br>STIPULATION AND ~~PROPOSED~~ ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

    Upon remand, the Administrative Law Judge (ALJ) must ensure that Plaintiff's two application files are properly consolidated and include all of the relevant evidence. In assessing Plaintiff's residual functional capacity, the ALJ must also directly address the opinions of Plaintiff's treating physicians including Dr. Wiggins. The ALJ must explain the weight given to the medical source opinions in accordance with 20 C.F.R. § 404.1527 as well as Social Security Ruling 96-2p. The ALJ will give Plaintiff the opportunity to participate in another hearing.

    It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of

the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

                                Respectfully submitted,

                                */s/Bess M. Brewer*
Dated: August 25, 2011          BESS M. BREWER
                                (as authorized via email)
                                Attorney at Law

                                Attorney for Plaintiff


Dated: August 25, 2011          BENJAMIN B. WAGNER
                                United States Attorney
                                DONNA L. CALVERT
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                    By:

                                */s/ Elizabeth Firer*
                                ELIZABETH FIRER
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant

**ORDER**

    APPROVED AND SO ORDERED.

DATED: <u>September 14, 2011</u>

                                 /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE